FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Jose G Barajas

**BANKRUPTCY NO.**  1:11–bk–11669–MT

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–7463
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 3/17/11

**Address:**
14412 Herron St
Sylmar, CA 91342

Based on debtor's request, IT IS ORDERED THAT:

(1)    debtor's bankruptcy case is dismissed; and

(2)    the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: March 22, 2011

BY THE COURT,
**Maureen Tighe**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09                                                                                                    **8 / AGG**